# 10 CIV. 03021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luis Garcia

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Officer Smith # 14520
Officer Reid # 7158
Captain Stewart - Bowden # 1225
Officer Thompson # 1757
Officer Salley # 16533
Officer Valerio # 13830
Captain Massey # 126
Captain Garcia # 1631
Officer Okvist # 18169

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☒ Yes   ☐ No
(check one)

## I.  Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Luis Garcia
ID #  441-09-10203
Current Institution  E.C.G.R.V.C
Address  08-08 Hazen St East Elmhurst NY
11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2007*                    1

Defendant No. 1   Name OFFICER SMITH _____ Shield # 14520
                  Where Currently Employed G.R.V.C _____
                  Address 09-09 HAZEN ST EAST ELMHURST
                  N.Y. 11370

Defendant No. 2   Name OFFICER REID _____ Shield # 7158
                  Where Currently Employed G.R.V.C _____
                  Address 09-09 HAZEN ST EAST ELMHURST
                  N.Y. 11370

Defendant No. 3   Name CAPTAIN STEWART _____ Shield # 1225
                  Where Currently Employed G.R.V.C _____
                  Address 09-09 HAZEN ST EAST ELMHURST
                  NY 11370

Defendant No. 4   Name OFFICER THOMPSON _____ Shield # 17517
                  Where Currently Employed G.R.V.C _____
                  Address 09-09 HAZEN ST EAST ELMHURST
                  NY 11370

Defendant No. 5   Name OFFICER SALLEY _____ Shield # 18533
                  Where Currently Employed G.R.V.C _____
                  Address 09-09 HAZEN ST EAST ELMHURST
                  N.Y. 11370

## II.   Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? G.R.V.C

B.   Where in the institution did the events giving rise to your claim(s) occur? _____
12 MAIN MENT CLINIC

C.   What date and approximate time did the events giving rise to your claim(s) occur? _____
1540 Hours

DEFENDANT No. 6
 NAME Officer Valerio          SHIELD # 13830
 WHERE CURRENTLY EMPLOYED  G.R.V.C
 ADDRESS 09-09 Hazen St East Elmhurst N.Y. 11370

DEFENDANT No. 7
 NAME Captain Massey          SHIELD # 126
 WHERE CURRENTLY EMPLOYED  G.R.V.C
 ADDRESS 09-09 Hazen St East Elmhurst N.Y. 11370

DEFENDANT No. 8
 NAME Captain Garcia          SHIELD # ▆▆1632
 WHERE CURRENTLY EMPLOYED  G.R.V.C
 ADDRESS 09-09 Hazen St East Elmhurst N.Y. 11370

DEFENDANT No. 9
 NAME Officer Okvist          SHIELD # 18169
 WHERE CURRENTLY EMPLOYED  G.R.V.C
 ADDRESS 09-09 Hazen St East Elmhurst N.Y. 11370

D.     Facts: See Attach

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Right Side Of My Face Very Swollan, 3 Lacerations 1, On My Forehead, 1 Above My Lip And The 3rd One Inside My Mouth. Multiple Facial Injuries, See Medical Records for Better Over All Look.

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes  X   No ____

*Rev. 05/2007*                                           3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). G.R.V.C

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes  X     No _____     Do Not Know _____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____     No  X     Do Not Know _____

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____     No  X

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____     No  X

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance? Non Grievable Issue

1.   Which claim(s) in this complaint did you grieve? _____

2.   What was the result, if any? Non Grievable Issue

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. Non Grievable Issue The Matter Does Not Fall Under The Purview Of The IGRP

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here: Non Grievable Issue According To The Grievance Directive And Also The Matter Does Not Fall Under The Purview Of The I.G.R.P

2.   If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _____

N/A

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

N/A

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.   **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Would Like The Court To Reach A Settlement Within The Amount Of 10.5 Million Dollars. I Would Like These Officers Brought To Justice.

**VI.    Previous lawsuits:**

<div style="float:left; border:1px solid black; padding:2px;">On these claims</div>

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____  No __X__

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____  No _____
If NO, give the approximate date of disposition _____

7.    What was the result of the case?  (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____
_____

<div style="float:left; border:1px solid black; padding:2px;">On other claims</div>

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes _____  No __X__

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____  No _____
If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 26 day of FEBRUARY , 2010 .

Signature of Plaintiff    _____

Inmate Number    441-09-10203

Institution Address    1500 Hazen St East

Elmhurst NY 11370

_____

_____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 28 day of FEBRUARY , 2010, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _____

On 1/3/10, I Was Escorted By Officer Smith #18520 To Medical From Housing Area 13B-20Cell In G.R.V.C Facility. As Me And Officer Smith #18520 Were Walking Down To Medical, I Notify Him I Had A Seizure In My Cell Housing Area 13B 20Cell. I Also Told Him I Let The Officers In The Housing Area Know Which They Did Nothing About The Situation. Upon Arrival Of Medical As Me And Officer Smith #18520 Entered The Nurses Station, Officer Smith #18520 Said Or Did Anything To Tell Medical About What I Told Him. The Nurse Walked Up To Me To Give Me My Seizure Medication And I Told Her I Had A Seizure In My Cell. I Asked Her Why Was I Not Called Down For My Medication. She Stated "The Escorting Officer Told Her The Whole 13Building Refuse To Get There Medication." (Check Housing Area Log Book) I Don't Know The Nurse Name, But She Said She Notify The Captain For The Area.

The Nurse Even Said Something Was Wrong. The Same Nurse Went And Told Officer Smith #18520 That He Had To Call The Area Captain Cause I Told Her I Had A Seizure. Officer Smith #18520 Was Very Upset Due To The Fact That He Had To Do Paper Work And Write A Incident Report. I Was Then Escorted By Officer Smith #18520 To A Area Called 12 Main Ment Clinic. As I Had To Wait For The Nurse And Doctor. Officer Smith #18520 Cuffed Me To A Metal Bar On The Wall And Waited For The Nurse And Doctor. Officer Smith #18520 Stated To Me "Now I Got To Write But you Will See." He Was Looking "At Me In A Way I Felt Unsafe. The Nurse And The Doctor Entered The Room To Examine Me As They Were Done And Walked Out The Room To Determine What To Do, Officer Smith #18520 Said Now It Was Time To Go Back To 13B-20Cell. I Told Officer Smith #18520 I Refuse To Go Back To 13B-20Cell Cause I Feared Of Having More Seizures And The Officers Working, On The Above Date Would Just Watch Me And Do Nothing To Notify Medical Of Me Having A Seizure

In Which Left His Post To Help Officer Death #16520 By Punching And Kicking Me In My Back In My Ribs Also My Face. One Officer Pushed His (PBA) Personal Body Alarm In When The Probe Team Arrivaled To 12 Main Ment Clinic. Now I'm Being Assaulted By Captain Stewart-Bowen #1225, By Her Kicking Me In My Ribs And My Back As Officer Thompson #17517 Assaulted Me By Hitting Me In With Wooden Sticks Many Times In My Back, Head And Legs. Officer Salley #16533 Along With Officer Valerio #13830 Punched And Kicked Me In My Facial Area My Ribs Also My Back. Officer Okvist #18169 And Captain Massey #126 Assaulted Me By Punching And Kicking Me In My Chest Also My Back And Rib Area. Most Of The Officers Left, I Layed On The Floor Face All Bloody My Body Was In Pain, I Could Not See Straight. I Prayed To God For This Assault To Come To A End But Captain Garcia #1632 (No Relation) In Was Assaulting Me By Him Punching Me In My Body And Also Told His Officers, Officer Salley #16533 And Officer Valerio #13830 No More Face Shots All Body Blows And Officer Salley #16533 And Officer Valerio #13830 Kept Punching Me In My Ribs My Stomach And Chest. Captain Garcia #1632 Stated In While Punching Me "That I Looked Like His Punching Bag From In When He Use To Box"

In The Process, I Had Tunnel Vision And In Went Into A Seizure Due To The Head Shots And Me Not Getting My Medication. I In Was Beaten Very Bad, I In Was Sent Out E.M.S To Elmhurst Hospital. I Had Lacerations Above My Lip, Inside My Mouth Also On My Forehead And Black's Blues All Over My Body. In When I Reach Elmhurst Hospital And In Was Examined By The Doctor And My Blood In Was Taken, The Results Came Back In With My Seizure Medication Level Very Low. That Showed That It In Was Not Getting My Medication. The Doctor Asked Me In Was I Getting My Medication And I Told Him I Was Being Denied My Medication At G.R.V.C Facility. I Feared For My Life And These Officers Beat Me All Cause I In Wld Not Go Back To Housing Area 13B-20 Cell Cause My Medication In Was Being Denied To Me. Acts

Violence Was Inflicted Also My Due Process Was Violated As Well As These Officers Violating Their Institutional Rules And Regulations Incorperated By The New York City Department Of Correction In Regards To My Care, Custody, And Control. Cruel And Unusual Punishment Was Inflicted (A Violation Of My 8th Amendment. These Are Criminals With Badges And Should Be Brought To Justice.

1) Correction Officers Smith #18520 Violated My 8th Amendment Right By Inflicting Acts Of Violence By Assaulting Me Punching And Kicking Me In My Facial Area Also My Back And Ribs To. Using Unessesary Use Of Force All Cause I Told Him I Feared Going Back To Housing Area 13B-20 Cell Cause They Were Not Escorting Me To Get My Sezure Medication.

2) Correction Officer Reid #7158 Violated My 8th Amendment By Inflicting Acts Of Violence By Punching And Kicking Me Along With Officer Smith #18520 To Inflict Body Harm To Me With Intention.

3) Correction Officer Captain Stewart-Bowden #1225 Violated My 8th Amendment Right By Kicking Me In My Ribs Also My Back. She Also Violated My Due Process As Well As Her Institutional Rules And Regulations Incorperated By The New York City Department Of Correction In Regards To My Care Custody And Control. Cruel And Unusual Punishment Was Inflicted.

4) Correction Officer Thompson #17517 Violated My 8th Amendment Right By Assaulting Me With Wooden Sticks Many Times In My Back My Head And Legs. Cruel And Unusual Punishment Was Inflicted With

Correction Officer Captain Lassen #126 Violated My 8th Amendment Right By Kicking And Punching Me Causing Me Extreme Pain To My Body. Cruel And Unusual Punishment Was Inflicted.

(8) Correction Officer Captain Garcia #1632 (No Relation) Violated My 8th Amendment Right By Punching Me In My Body. Also Encouraging Officer Salley #18533 And Officer Valerio #13830 To Cause Me Extreme Harm To My Well Being.

(9) Correction Officer Okwot #18169 Violated My 8th Amendment By Acts Of Violence By Punching And Kicking Me In My Back, Ribs And My Chest Area. My Due Process Was Also Violated As Well As The Rules And Regulations Incorperated By The New York City Department Of Correction Due To My Care Custody And Control. Cruel And Unusual Punishment Was Inflicted

Pendant Cause Of Action The Allegation Set Fourth In Paragraph 1 Thruogh 9 Are Incorporated Herein By Refernce.

Count I 42 U.S.C 1983 8th Amendent Cruel And Unusual Punishment. The City Of New York Is Responsible For These Correction Officers Actions And Were Acting Within The Scope Of Their Employment When These Officers Attacked Luis Garcia In The Department Of Corrections.

Count II 42 U.S.C 1983 14th Amendment Has Been Violated And The City Of New York, Department Of Corrections Is Responsible Because At The Time The Defendants Were Acting Within The Scope Of Their Employment.

Jurisdiction And Venue 28 U.S.C 1331 The Following Provisions Confer Jurisdiction On This Court (1) 28 U.S.C Which Authorizes Jurisdiction In The

District Courts Of Civil Actions Under Constitution Laws And Treaties Of The United States (2) 28 U.S.C Which Authorizes Jurisdiction In The District Courts Of Actions Arising Under 42 U.S.C 1983. Venue In This District Is Proper Pursuant To 28 U.S.C In That The Plaintiff Cause Of Actions Arose In Queens County Or Bronx County In Which Is In The Southern District Of New York.

New York City Department Of Correction Is A Municipal Corporation In Within The State Of New york.

Wherefore: Plaintiff Demands The Following Relief Jointly And Severally Against All The Defendants:

A. Compensatory Damages In The Amount Of 2.5 Million Dollars.

B. Punitive Damages In The Amount Of 4. Million Dollars.

C. Such Other And Further Relief As This Court May Deem Just And Proper.

D. Plaintiff Demands Trial By Jury.