UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
LUIS GARCIA,
                                    :
                Plaintiff,                10 Civ. 3021   (DAB)(HBP)
                                    :
    -against-                             ORDER
                                    :
OFFICER SMITH # 18520, et. al.,
                                    :
                Defendants
                                    :
-----------------------------------X

       PITMAN, United States Magistrate Judge:

       The Court having conferred with the parties by mail and having proposed a schedule for pretrial proceedings in this matter, and not hearing any objection, it is hereby ORDERED that:

       1.  Motions to amend the pleadings or to join additional parties are to be served and filed no later than November 24, 2010.

       2.  All discovery, including all expert discovery, shall be completed on or before March 24, 2011.  The depositions of expert witnesses, if any, are subject to the March 24, 2011 cut-off date.

       3.  Plaintiff is to produce all materials required by Rule 26(a)(2) of the Federal Rules of Civil Procedure on or before January 24, 2011.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/10

    4.    Defendants is to produce all materials required by Rule 26(a)(2) of the Federal Rules of Civil Procedure no later than February 24, 2011.

    5.    Dispositive motions, if any, shall be served and filed no later than April 25, 2011.

    6.    The Pretrial Order, in the form required by Judge Batts' rules, along with all other pretrial submissions required by Judge Batts, shall be filed on May 25, 2011 or thirty days after the decision on any dispositive motion (if it is still necessary after such decision), whichever date is later. Plaintiff shall serve a draft of his portion of the Pretrial Order on counsel for defendants no later than fifteen days prior to the Pretrial Order's due date.

Dated: New York, New York
       October 29, 2010

SO ORDERED

*[signature]*

HENRY PITMAN
United States Magistrate Judge

Copies Mailed To:
Mr. Luis Garcia
DIN # 10-A-2226
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562

Matthew Joseph Modafferi, Esq.
Assistant Corporation Counsel
City of New York
100 Church Street
New York, New York   10007

Matthew Joseph Modafferi, Esq.
Assistant Corporation Counsel
City of New York
100 Church Street
New York, New York   10007